Opinion of June 20, 2006, Withdrawn; Dismissed and Memorandum Opinion
filed June 22, 2006









Opinion of June 20, 2006, Withdrawn; Dismissed and
Memorandum Opinion filed June 22, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00278-CV

____________

 

MABON LIMITED,
Appellant

 

V.

 

AFRI-CARIB ENTERPRISES INC., Appellee

 



 

On Appeal from the 165th District
Court

Harris County
, Texas

Trial Court Cause No.
96-45876

 



 

S U B S T I T UT E  M E
M O R A N D U M  O P I N I O N

On June 20, 2006, this court issued an opinion, dismissing
the appeal for nonpayment of the clerk=s record.  This opinion was issued in error.  We withdraw that opinion and issue the
following substitute opinion.  

This appeal is from a judgment signed February 27, 2006.  On June 15, 2006, appellant filed an
emergency motion to dismiss the appeal because appellant no longer wishes to
pursue the appeal.  See Tex. R. App. P. 42.1.  We granted appellant=s motion on June 20, 2006.  

Accordingly, the appeal is ordered dismissed.








PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 22, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost.